nificant cost and expenditure of judicial resources—these interests are significantly diminished if not altogether absent. We have refused to adopt rules that "would permit, and might even encourage, the State to seek a favorable ruling on the merits in the district court while holding [a] defense in reserve for use on appeal if necessary." *Granberry*, 481 U. S., at 132. Because I believe the opinion below does just that, at an unacceptable cost to the interests of justice generally and in this particular case, I would grant the petition for writ of certiorari and vacate the judgment below.

No. 10–409. HOLMES ET AL. *v.* GRUBMAN ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮

No. 10–435. CHENKIN ET UX. *v.* 808 COLUMBUS LLC ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮

No. 10–443. DOBSON-DAVIS, WARDEN, ET AL. *v.* LUNBERY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 10–449. RICHARDS *v.* HEWLETT-PACKARD CORP., FKA COMPAQ, FKA DIGITAL EQUIPMENT CORP., ET AL. C. A. 1st Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. ▮

No. 10–461. UNITED STATES EX REL. EBEID *v.* LUNGWITZ ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ▮

No. 10–592. GOODSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ▮

No. 10–7297. ZALESKI *v.* BURNS ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮